IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:19-cr-010-MMD-WGC |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| JEFFREY BOWEN, et. al., | ) | |
| Defendants. | ) | |

For good cause shown in Mr. Bowen's unopposed motion for release of passport for use in obtaining a Nevada Real ID drivers license, the Court grants Mr. Bowen's motion subject to the following conditions. First, Mr. Bowen will provide documentation of his Nevada Department of Motor Vehicles (DMV) appointment prior to obtaining his passport from the United States Pretrial Services office. Second, Mr. Bowen will return his passport to the United States Pretrial Services office on the day following his DMV appointment.

**IT IS SO ORDERED**

DATED: July 2, 2020

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

3