UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>JEFFREY BOWEN,<br><br>  Defendant. | Case No. 3:19-cr-0010-MMD-CSD-3<br><br>ORDER |
|---|---|

Following the United States Court of Appeals for the Ninth Circuit's mandate (ECF No. 533) on its memorandum on Jeffrey Bowen's appeal (ECF No. 532 ("Memo")), the Court ordered the parties to file a joint status report proposing a plan that would bring the restitution issue to resolution in line with the Memo (ECF No. 534). To the parties' credit, they noted in the joint status report that they negotiated a resolution to the restitution issue. (ECF No. 535.) This order effectuates the parties' negotiated resolution. (*Id.*)

It is therefore ordered that Defendant Bowen owes a revised restitution amount of $172,000.

The Clerk of Court is directed to amend the judgment as to Bowen accordingly.

It is further ordered that $172,000 of the $320,000 that Bowen paid into a Court account (*see* ECF No. 497 at 7 ¶ F) should be paid to the Internal Revenue Service to satisfy the revised restitution amount.

It is further ordered that the money remaining in the account beyond that amount ($148,000 plus interest accrued since Bowen deposited the money) should be returned to Bowen.

DATED THIS 3rd Day of July 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE